JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Elena Ardon Marcos,<br><br>Plaintiff,<br><br>v.<br><br>Director of United States Citizenship and Immigration Services,<br><br>Defendants. | Case No. **2:25-cv-04829-SVW-E**<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION<br><br>(PURSUANT TO LOCAL RULE 41) |

On September 24, 2025, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required a written response to be filed by October 3, 2025. No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated: October 8, 2025   _____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1.